Oetken, P.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LMG 3 MARKETING AND DEVELOPMENT CORP.,,,<br><br>Plaintiff,<br><br>v.<br><br>SAFE GUARD MEDI-SYSTEM CORP.<br><br>Defendant. | ECF CASE<br><br>Civil No.: 1:15-cv-07580 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff LMG 3 MARKETING AND DEVELOPMENT CORP. and Defendant SAFE GUARD MEDI-SYSTEM CORP. hereby stipulate and agree that the above styled matter, be dismissed with prejudice in accordance with the parties' Confidential Settlement Agreement, with all parties bearing their own attorney's fees and costs.

_/s/ Brian D. O'Reilly_
Brian D. O'Reilly (BO 1529)
O'REILLY IP PLLC
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 390-0096
Fax: (212) 390-8684
Email: brian@oreillyip.com

Dated: November 9, 2015

_/s/ Christopher R. Kinkade_
Christopher R. Kinkade (CK2950)
FOX ROTHSCHILD LLP
997 Lenox Drive, Building 3
Lawrenceville NJ 08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
Email: ckinkade@foxrothschild.com

**SO ORDERED:**

_____
J. PAUL OETKEN
United States District Judge

Nov. 10, 2015